

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2020

No. 04-20-00222-CR

Jose Humberto **NAVARRO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016CRS000772D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due October 29, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court